UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | 2:05-CR-470-RCJ-PAL |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | |
| WILLIAM WELDON CHANDLER, ) | |
| ) | |
| Defendant. ) | |

### ORDER

The matter before the court is to clarify the order of restitution previously entered as part of the Judgment in Criminal Case (#16) on October 10, 2006. Upon further review of the restitution order in this matter, the specifics needed to complete the order of restitution was not made a part of the Judgment. Therefore, good cause appearing,

**IT IS ORDERED** that the defendant shall make restitution to the following payee(s) in the amount(s) listed below:

Name of Payee: Bank Of The West
**Total Amount of Restitution Ordered:** $3,745.00

Dated this 17th day of October, 2016.

_____
UNITED STATES DISTRICT JUDGE